UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-4274
_____

UNITED STATES OF AMERICA

v.

JOHN DOE,
                    Appellant

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 2-02-cr-00191-001)
District Judge: Honorable Donetta W. Ambrose

_____

Argued January 12, 2015

Before: AMBRO, FUENTES, and ROTH, <u>Circuit Judges</u>

**SUR PETITION FOR PANEL REHEARING**
_____

The petition for panel rehearing filed by Appellee in the above entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The Opinion issued September 2, 2015 is hereby vacated. A new Opinion will be filed. Amendments to the Opinion do not alter this Court's Judgment as initially filed.

By the Court,

<u>s/ Thomas L. Ambro, Circuit Judge</u>

Dated: December 9, 2015
cc: Rebecca R. Haywood, Esq.
    Laura S. Irwin, Esq.
    William C. Kaczynski, Esq.